No. 277.   DINAN ET AL. *v.* FIRST NATIONAL BANK.
February 2, 1942.   Certiorari, 314 U. S. 593, to the Circuit

Court of Appeals for the Sixth Circuit. Dismissed on motion of counsel for the petitioners. *Mr. John R. Rood* for petitioners. *Messrs. Robert S. Marx* and *George P. Barse* for respondent.